IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BILL BARKER,**

    Petitioner,

vs.                                           5:05-CV-071-SPM/AK

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 12) dated July 1, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections (doc. 14) on July 1, 2005.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. First, Federal Rule of Civil Procedure 72(b) permits a magistrate judge to hear prisoner petitions. Local Rule 72.2(B) specifically mandates that post-conviction relief matters be referred to a magistrate judge. *See also* 28 U.S.C. § 636(b)(1)(B). Even had Petitioner been successful in classifying this as a

constitutional matter, Local Rule 72.2(C) provides that such civil rights cases shall also be heard and decided by a magistrate judge.

Second, Petitioner cannot create a class action suit simply by naming a large number of agreeable plaintiffs. Stringent prerequisites must be met before a court can certify a class action, and Petitioner's action has wholly failed to meet those criteria. *See* Fed. R. Civ. P. 23; N.D. Fla. Loc. R. 23.1.

Finally, as to Petitioner's insistence that a show cause order should have been issued to the Department of Justice, a court is not required to issue a show cause order in a habeas case if "it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

The Court notes that Petitioner has repeatedly raised the same claims in the Middle District of Florida, all of which have been denied (doc. 12 at 3). Petitioner is warned that further abuse of the judicial process may well result in sanctions. It is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order.
2. The petitions for writs of habeas corpus (docs. 1, 3, and 4) are hereby *denied*.
3. This case is *dismissed with prejudice*. No further motions on these

issues will be entertained.

**DONE AND ORDERED** this <u>nineteenth</u> day of July, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao