IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BILL R. BARKER,

    Petitioner,

v.   CASE NO. 5:05-cv-00071-SPM-AK

UNITED STATES,

    Respondent.

_____/

### **O R D E R**

This matter is before the Court on Doc. 23, Writ of Habeas Corpus, filed by Bill R. Barker.   The writ is **DENIED**.

**DONE AND ORDERED** this **18th** day of May, 2006.

**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**